UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE J. AHLERS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:05-CV-1276 MLM |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |

### **ORDER OF TRANSFER**

This matter is before the Court upon the motion of Jacqueline J. Ahlers to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.

A review of the instant motion indicates that movant is attacking a federal criminal conviction and sentence which arose in the United States District Court for the Northern District of Iowa. See United States v. Jacqueline J. Ahlers, Cause No. 1:04-CR-00042-LRR-1 (N.D. Iowa).[1] A § 2255 motion is filed with the federal court that imposed the sentence. See 28 U.S.C. § 2255. Therefore, this Court may not consider the instant motion. Pursuant to 28 U.S.C. § 1631, a court shall, if it is in the interest of justice, transfer such action to any other court in which the action could have been brought at the time it was filed. Because movant is proceeding pro se and is a prisoner, the Court will transfer this action to the Northern District of Iowa.

---

[1] The Court notes that movant's criminal case number was verified using the Administrative Office of the Court's U.S. Party/Case Index.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the Clerk shall **TRANSFER** the instant motion to vacate, set aside, or correct the sentence to the United States District Court for the Northern District of Iowa, pursuant to 28 U.S.C. § 1631.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  26th  day of  August, 2005.